WATERS *v.* DAVIS *et al.*

EVANS, P. J. This case is controlled by the case of *Waters* v. *Winn*, ante.
*Judgment affirmed. All the Justices concur.*
JULY 17, 1914.

The description of the next preceding case applies here.